UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | NO: WA:19-CR-00171(1)-ADA |
| | § | |
| (1) CHRISTOPHER LEE ISCHY | § | |

**ORDER ACCEPTING REPORT AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

Before the court is the above styled and numbered cause. On February 6, 2025 the United States Probation Office filed a Petition For Warrant or Summons For Offender Under Supervision for Defendant (1) CHRISTOPHER LEE ISCHY, which alleged that Ischy violated a condition of his supervised release and recommended that Ischy's supervised release be revoked (Clerk's Document No. 90). A warrant issued and Ischy was arrested. On February 19, 2025, Ischy appeared before a United States Magistrate Judge, was ordered detained, and a revocation of supervised release hearing was set.

Ischy appeared before the magistrate judge on March 4, 2025, waived his right to a preliminary hearing and to be present before the United States District Judge at the time of modification of sentence, and consented to allocution before the magistrate judge. Following the hearing, the magistrate judge signed his report and recommendation on March 6, 2025, which provides that having carefully considered all of the arguments and evidence presented by the Government and Defendant, based on the original offense and

the intervening conduct of Ischy, the magistrate judge recommends that this court revoke Ischy supervised release and that Ischy be sentenced to imprisonment for TWELVE (12) MONTHS AND ONE (1) DAY, with no term supervised release to follow the term of imprisonment, with credit for time served since his arrest. Texas. It is also RECOMMENDED that the term of imprisonment run concurrently with any sentence imposed on the related Bell County charges to the extent those charges proceed. It is further RECOMMENDED that, to the extent possible, Defendant be placed in a Federal Bureau of Prison facility near Bastrop, Texas (Clerk's Document No. 102).

A party may serve and file specific, written objections to the proposed findings and recommendations of a magistrate judge within fourteen days after being served with a copy of the report and recommendation, and thereby secure a *de novo* review by the district court. *See* 28 U.S.C.§ 636(b); Fed. R. Civ. P. 72(b). A party's failure to timely file written objections to the proposed findings, conclusions, and recommendation in a report and recommendation bars that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court. *Douglass v. United Services Auto Ass 'n,* 79 F.3d 1415 (5th Cir. 1996) *(en banc).* The parties in this cause were properly notified of the consequences of a failure to file objections.

On March 4, 2025, following the hearing on the motion to revoke supervised release, all parties signed a Waiver Of Fourteen Day Rule For Filing Objections To

Report and Recommendation Of United States Magistrate Judge (Clerk's Document No. 101). The court, having reviewed the entire record and finding no plain error, accepts and adopts the report and recommendation filed in this cause.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of the United States Magistrate Judge filed in this cause (Clerk's Document No. 102 ) is hereby ACCEPTED AND ADOPTED by this court.

**IT IS FURTHER ORDERED** that Defendant (1) CHRISTOPHER LEE ISCHY's term of supervised release is hereby REVOKED.

**IT IS FURTHER ORDERED** that Defendant (1) CHRISTOPHER LEE ISCHY be imprisoned for TWELVE (12) MONTHS AND ONE (1) DAY with no term of supervised release, with credit for time served since his arrest. It is also RECOMMENDED that the term of imprisonment run concurrently with any sentence imposed on the related Bell County charges to the extent those charges proceed. It is further RECOMMENDED that, to the extent possible, Defendant be placed in a Federal Bureau of Prison facility near Bastrop, Texas.

Signed this 7th day of March, 2025.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE